IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES, | ) | 4:09CV3231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES EQUAL | ) | |
| EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, and LOS ANGELES | ) | |
| DISTRICT EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |
| OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

November 19, 2009.            BY THE COURT:

*Richard G. Kopf*
United States District Judge