IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES, | ) | 4:09CV3231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| UNITED STATES EQUAL | ) | |
| EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, and LOS ANGELES | ) | |
| DISTRICT EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |
| OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

    Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

December 15, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge